UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 11-20670-CIV-GRAHAM/GOODMAN

DAVID CORTIZA

Plaintiff,

vs.

VIRTUOSO SOURCING GROUP, LLC,

Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, DAVID CORTIZA, (hereinafter referred to as "Plaintiff"), through undersigned counsel, hereby notifies the Court that a settlement has been reached in the instant matter.

Dated: June 13, 2011          Respectfully submitted,

                              /s Andrew I. Glenn_____
                              Andrew I. Glenn
                              E-mail: Andrew@cardandglenn.com
                              Florida Bar No. 577261
                              J. Dennis Card, Jr.
                              E-mail: Dennis@cardandglenn.com
                              Florida Bar No. 0487473
                              Card & Glenn, P.A.
                              2501 Hollywood Boulevard, Suite 100
                              Hollywood, Florida 33020
                              Telephone: (954) 921-9994
                              Facsimile:  (954) 921-9553
                              Attorneys for Plaintiff

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 13, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

/s Andrew I. Glenn_____
Andrew I. Glenn

## SERVICE LIST

Ernest H. Kohlmyer, III, Esq.
Florida Bar No. 0110108
Email: skohlmyer@southmilhausen.com
SOUTH MILHAUSEN, P.A.
1000 Legion Place, Suite 1200
Orlando, FL 32801
Telephone (407) 539-1638
Facsimile: (407) 539-2679
Attorneys for Defendant
Served via CM/ECF