**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
Case No. 11-20670-CIV-GRAHAM

DAVID CORTIZA,

    Plaintiff,

vs.

VIRTUOSO SOURCING GROUP, LLC,

    Defendant
_____/



**NOTICE OF COURT PRACTICE UPON**
**NOTICE OF SETTLEMENT AND ORDER CLOSING CASE**

**THIS CAUSE** comes before the Court upon the Notice of Settlement [D.E. 14]. Based thereon,

**THE PARTIES** are hereby notified that, within ten (10) days from the date of the entry of this Order, the parties must file a Stipulation or Notice of Dismissal, Settlement Agreement, or any other pertinent document necessary to conclude this action. It is further

**ORDERED AND ADJUDGED** that this action shall be **CLOSED** for administrative purposes, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 13th day of June, 2011.

                                            s/ Donald L. Graham
                                            DONALD L. GRAHAM
                                            UNITED STATES DISTRICT JUDGE