UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

DAVID CORTIZA

Plaintiff,

vs.  Case No.: 11-20670-CIV-GRAHAM/GOODMAN

VIRTUOSO SOURCING GROUP, LLC,

Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Having amicably resolved all matters in controversy and pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), the parties to this action submit this Joint Stipulation of Dismissal with prejudice. The parties agree that each party shall bear their own costs and attorneys' fees in connection with this action.

Dated: October 11, 2011                          Respectfully submitted,

/s Andrew I. Glenn                               /s Ernest H. Kohlmyer, III
Andrew I. Glenn                                  Ernest H. Kohlmyer, III, Esq.
E-mail: Andrew@cardandglenn.com                  Florida Bar No. 0110108
Florida Bar No.: 577261                          Email: skohlmyer@southmilhausen.com
J. Dennis Card, Jr.                              SOUTH MILHAUSEN, P.A.
E-mail: Dennis@cardandglenn.com                  1000 Legion Place, Suite 1200
Florida Bar No. 0487473                          Orlando, FL 32801
Card & Glenn, P.A.                               Telephone (407) 539-1638
2501 Hollywood Boulevard, Suite 100              Facsimile: (407) 539-2679
Hollywood, Florida 33020                         Attorneys for Defendant
Telephone: (954) 921-9994
Facsimile: (954) 921-9553
Attorneys for Plaintiff

1